THE AVANT BUILDING >> SUITE 1200 >> 200 DELAWARE AVENUE >> BUFFALO NY 14202-2150  p> 716.856.5500  f> 716.856.5510  w> damonmorey.com

BUFFALO >> CLARENCE >> ROCHESTER

**BERNARD SCHENKLER**
SPECIAL COUNSEL
bschenkler@damonmorey.com
716.844.7075



DAMON MOREY LLP
ATTORNEYS AT LAW

January 26, 2010

**VIA ELECTRONIC FILING**
**Courtesy Copy via Regular Mail**

Hon. Carol Bagley Amon, U.S.D.J.
United States District Court
　　for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　Re:　*Camacho v. CACH, LLC et al.*, Case No. 09-cv-5361-CBA-RML

Dear Judge Amon:

　　　　We represent Defendants CACH, LLC and Bronson & Migliaccio, LLP in the above-referenced matter.  Pursuant to your Individual Rules, we write to request a pre-motion conference for a motion to dismiss to be filed by Defendants pursuant to Fed. R. Civ. P. 12(b)(6), on the grounds that Plaintiff's claims, as stated in the Complaint, are time-barred.

　　　　Plaintiff alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA").  The most recent violation alleged in the Complaint occurred on or before November 26, 2008, when, according to Plaintiff, "Plaintiff's bank sent him a notice that it had frozen Plaintiff's bank account based upon a restraining order Defendants served upon it."  There is a one-year limitations period for private FDCPA actions.  15 U.S.C. § 1692k(d).  Plaintiff's Complaint was not filed until December 9, 2009, and is time-barred.

　　　　Based upon a conversation between my colleague, Gregory Zini, Esq., and Plaintiff's counsel, we believe that requesting Plaintiff's counsel to voluntarily discontinue this action would be futile.  Accordingly, we request a pre-motion conference for Defendants' motion to dismiss.

　　　　Moreover, as we are not local to Brooklyn (Defendant Bronson & Migliaccio is headquartered in suburban Buffalo), and as the issues to be discussed obviously are discrete, we respectfully request that the pre-motion conference take place via telephone.

Hon. Carol Bagley Amon
January 26, 2010
Page 2

      Thank you for your kind attention to this letter.

                                                           Respectfully yours,

                                                           /s/ *Bernard Schenkler*

                                                          Bernard Schenkler
                                                        for DAMON MOREY LLP

cc:    Ahmad Keshavarz, Esq. (via electronic filing and regular mail)

#1411260